IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES E. MARCUM,**

    **Petitioner,**

    v.                                  **CASE NO. 2:05-cv-731**

                                          **JUDGE MARBLEY**
**STATE OF OHIO,**                       **MAGISTRATE JUDGE ABEL**

    **Respondent.**

## OPINION AND ORDER

On March 22, 2006, the Magistrate Judge issued a Report and Recommendation recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*. The docket indicates that petitioner apparently is no longer incarcerated at the Pickaway Correctional Institution, and therefore did not receive notice of the Magistrate Judge's Report and Recommendation; however, it is petitioner's responsibility to keep the Court appraised of his whereabouts.

    The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

    **IT IS SO ORDERED.**

                                                           s/Algenon L. Marbley
                                                          ALGENON L. MARBLEY
                                                          United States District Judge